JONES & GUERRERO COMPANY, Inc.,
a corporation, Appellant,

v.

DAIWA NAVIGATION CO., Ltd.,
Appellee.

No. 20049.

United States Court of Appeals
Ninth Circuit.

Feb. 17, 1966.

Arriola, Bohn & Gayle, John A. Bohn, John J. Carniato, San Francisco, Cal., for appellant.

Barrett, Ferenz & Trapp, Walter S. Ferenz, W. Scott Barrett, Oakland, Cal., for appellee.

Before HAMLEY, KOELSCH, and BROWNING, Circuit Judges.

PER CURIAM:

Upon an examination of the record we conclude that the trial court's finding that appellant was indebted to appellee was a permissible inference from Plaintiff's Exhibit 1, the Wiseman deposition, and defense counsel's statement at pretrial conference. The judgment is therefore affirmed.

SECURITY LIFE INSURANCE COMPANY OF AMERICA, Appellant,

v.

W. C. JENNINGS, Appellee.

No. 21305.

United States Court of Appeals
Fifth Circuit.

Feb. 25, 1966.

Rehearing Denied March 29, 1966.

Jack Crenshaw, Montgomery, Ala., for appellant.

M. Roland Nachman, Jr., Walter J. Knabe, Montgomery, Ala., for appellee.

Before JONES and BELL, Circuit Judges, and HUNTER, District Judge.

PER CURIAM:

In this diversity case the findings and conclusions of the district court are set forth in its opinion in Security Life Insurance Company of America v. W. C. Jennings, D.C., 250 F.Supp. 164. It is our view that the correct result was reached by the district court and, therefore, its judgment is

Affirmed.